# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOLABS, INC. and VL COLLECTIVE IP LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 6:22-cv-01167-ADA<br><br>Related Action:<br>Civil Action No. 6:22-cv-00079-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO STAY THE CASE IN VIEW OF NOTICE OF SETTLEMENT IN PRINCIPLE

Before the Court is the parties' Joint Motion to Stay the Case and Notice of Settlement in Principle.

The Court, having reviewed the motion and good cause appearing, concludes that the Motion should be and hereby is GRANTED. Accordingly, IT IS ORDERED that the above-captioned cases are stayed for 30 days from the date of this order, during which time the parties shall file the appropriate dismissal papers.

IT IS SO ORDERED.

SIGNED this 15th day of December, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE