**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIDEOLABS, INC. and VL COLLECTIVE IP LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>                    Defendants. | Case Nos. 6:22-cv-01167-ADA, 6:22-cv-00079-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs VideoLabs, Inc. and VL Collective IP LLC (collectively "VideoLabs") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") stipulate and agree to dismissal of this action with prejudice, with all attorneys' fees, costs, and expenses to be borne by the party incurring the same.

Dated:  December 22, 2022

Respectfully submitted,

_/s/  Jaime F. Cardenas-Navia_

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006

Wesley L. White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Matulewicz-Crowley (*pro hac vice*)
mmatulewicz-crowley@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Ave, Suite 14D
New York, NY 10017

Taylor N. Mauze (TX Bar No. 24102161)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Ste. 1-250
Austin, Texas 78735

Telephone: (650) 623-1401
Facsimile: (650) 623-1449

*Attorneys for Plaintiffs*
VIDEOLABS, INC. and
VL COLLECTIVE IP, LLC

_/s/  Ravi R. Ranganath_

J. David Hadden, CSB No. 176148
(Admitted W.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
(Admitted W.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB 272981
(Admitted W.D. Tex.)
Email: rranganath@fenwick.com
Johnson K. Kuncheria, TX Bar No. 24070092
(Admitted W.D. Tex.)
Email: jkuncheria@fenwick.com
Donna Long, CSB No. 312520
(Admitted W.D. Tex.)
Email: dlong@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650 988-8500
Facsimile:   650 938-5200

*Attorneys for Defendants*
AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.

*Of Counsel*:

Deron R. Dacus (TX Bar #00790553)
Email:  ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Telephone:  (903) 705-1117
Facsimile:   (903) 581-2543